# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 848 MAL 2018

Respondent

Petition for Allowance of Appeal from
the Order of the Superior Court

v.

JEFFREY PETER THOMPSON,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.